IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ELIZABETH KESSINGER,
FORMER WIFE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D16-5593

v.

CLIFTON J. KESSINGER,
FORMER HUSBAND,

Respondent.

_____/

Opinion filed November 6, 2017.

Petition for Writ of Prohibition.

Beth M. Terry, Jacksonville, for Petitioner.

Robert Elrod, Jr., Jacksonville, for Respondent.

PER CURIAM.

DENIED. *See Kessinger v. Kessinger*, 1D16-1997 (Fla. 1st DCA 2017) (reversing with directions to vacate the final judgment and dismiss the petition).

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., CONCUR.